**SEALED**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> FRANCISCO CUXUM ALVARADO, ) <br> a/k/a FRANCISCO CUXUN-ALVARADO, ) <br> ) <br> Defendant ) <br> ) | Criminal No. 19cr 10171 <br><br> Violation: <br><br> Count One: Unlawful Reentry of Deported Alien <br> (8 U.S.C. § 1326) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
Unlawful Reentry of Deported Alien
(8 U.S.C. § 1326)

On or about April 30, 2019, in Waltham, in the District of Massachusetts, the defendant,

FRANCISCO CUXUM ALVARADO,
a/k/a FRANCISCO CUXUN-ALVARADO,

being an alien and having been excluded, removed, and deported from the United States on or about May 12, 2004, was found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Sections 202(3)-(4), and 557.

A TRUE BILL

_____
FOREPERSON

_____
GEORGE P. VARGHESE
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: MAY 23, 2019
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK
@ 12:57 PM
5/23/19